AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Hattie Webb,

V.

Northwest Airlines, Inc.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2325 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's motion for summary judgment is granted in its entirety.

Plaintiff's claims are dismissed with prejudice.

April 7, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M. Rustad, Deputy Clerk

19

Modified:01/09/03