# *United States District Court*
## *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-2325 DSD/SRN
Title of Action: Hattie Webb v. Northwest Airlines, Inc.

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant Northwest Airlines, Inc. in the above entitled action on May 9, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 13, 2003

RICHARD D. SLETTEN, CLERK

By ______________________
Julie Rustad, Deputy Clerk

FILED 5-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JR

(21)