**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HATTIE WEBB
Plaintiff

-vs- Civ. 01-2325 (DSD/SRN)

NORTHWEST AIRLINES, INC.

Defendant

**COST JUDGMENT**

The costs of the Defendant, Northwest Airlines, Inc., have been taxed and allowed by the Clerk of this Court against the Plaintiff, Hattie Webb, as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Fees of the Court Reporter | | 2,277.60 | 2,277.60 |
| TOTAL: | $ | 2,227.60 | 2,277.60 |

Costs, therefore, are taxed in the sum of Two Thousand Two Hundred Seventy-Seven Dollars and 60/100 in favor of the Defendant, Northwest Airlines, Inc., and against the Plaintiff, Hattie Webb, judgment is entered accordingly. Motion for review by the Court made be made within five days hereafter and filed with the Clerk of Court.

Dated at Duluth, Minnesota, this 3rd day of July 2003

RICHARD D. SLETTEN, CLERK

By Susan E Anderson
Susan E. Anderson
Division Manager

cc: all counsel

24